```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
SANDRA S.T., *et al.*,                                         :
                                                               :
                                        Plaintiffs,            :    1:25-cv-2528-GHW
                                                               :
                    -v-                                        :    ORDER
                                                               :
EMPIRE HEALTHCHOICE ASSURANCE,                                 :
INC., *et al.*,                                                :
                                                               :
                                        Defendants.            :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    On July 3, 2025, the Court ordered that Plaintiff file a letter no later than July 14, 2025 either clarifying why this action is properly designated to the Manhattan courthouse or otherwise requesting reassignment of this case to the White Plains courthouse. Dkt. No. 21. As of the date of this order, no response to the Court's order has been filed on the docket. Plaintiff is directed to comply with the Court's July 3, 2025 order forthwith, and in no event later than July 16, 2025. Failure to comply with the Court's orders may result in sanctions.

    SO ORDERED.

Dated: July 15, 2025
       New York, New York

                                        _____
                                             GREGORY H. WOODS
                                          United States District Judge