Troutman Pepper Locke LLP
875 Third Avenue
New York, NY 10022

troutman.com

**Valerie Sirota**

D 212.704.6067
valerie.sirota@troutman.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/24/2025
```

July 23, 2025

**MEMORANDUM ENDORSED**

<u>VIA ECF</u>

Hon. Gregory H. Woods
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

  Re: *Sandra S.T. v. Empire Healthchoice Assurance, Inc. et al.*
     Civil Action No. 1:25-cv-02528-GHW
     <u>Consent Motion for Adjournment of July 24 Telephone Conference</u>

Your Honor:

  This firm represents Defendants Empire Healthchoice Assurance, Inc. ("Empire") and The Empire Blue Access PPO Prism Plan (the "Plan") (collectively "Defendants") in the above-referenced action. With Plaintiffs' consent, Defendants request an adjournment of the telephonic conference currently scheduled in this matter for July 25, 2025. In support of this request and in accordance with your Individual Rules of Practice, Defendants state the following:

1. The telephonic conference is currently set for July 25, 2025, at 3pm ET;

2. Counsel for Defendants has a pre-existing conflict on July 25, 2025, at 3pm ET;

3. Counsel for Defendants conferred with Counsel for Plaintiffs and propose the following alternative dates for a telephonic conference:

   a. Tuesday, July 29 between 1pm and 3pm ET

   b. Wednesday, July 30 between 11am and 2pm ET

4. This is Defendants' first request for an adjournment of this conference;

5. This request is made with the consent of Plaintiffs; and

6. The requested extension will not affect any other scheduled appearances or deadlines.

317691311v1

We thank Your Honor for your consideration of this matter.

                Respectfully submitted,

                *Valerie Sirota*

                Valerie Sirota

Application granted. The conference scheduled for July 25, 2025 is adjourned to July 29, 2025 at 2:00 p.m. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 29.

SO ORDERED.

Dated: July 24, 2025
New York, New York

                _____
                GREGORY H. WOODS
                United States District Judge