USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                    :

SANDRA S.T., *et al.*,                        :

                                Plaintiffs,    :            1:25-cv-2528-GHW

                                  -v-                 :            <u>ORDER</u>

EMPIRE HEALTHCHOICE ASSURANCE,  :
INC., *et al.*,                                   :

                                Defendants.  :
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      As discussed during the conference held on the record on July 29, 2025, Defendants are granted leave to file the proposed motion to dismiss. Defendants' motion is due to be filed on September 3, 2025. Plaintiffs' opposition is due no later than September 24, 2025. Defendants' reply, if any, is due no later than one week following the date of service of Plaintiffs' opposition. Further, as discussed on the record during the July 29, 2025 conference, discovery in this matter, with the exception of provision of the administrative record, is stayed pending resolution of the anticipated motion to dismiss. The initial pretrial conference scheduled for August 26, 2025 is adjourned *sine die*. The deadline for the parties to file the joint letter and proposed case management plan outlined in the Court's March 31, 2025 order, Dkt. No. 6, is extended *sine die*.

      SO ORDERED.

Dated: July 30, 2025
      New York, New York

                                                                GREGORY H. WOODS
                                                           United States District Judge