

| Phone: 801.323.5000 | **Flynn Ezra Beckman** |
| Fax: 801.355.3472 | Flynn.Beckman@chrisjen.com |
| www.chrisjen.com | Attorney |

# MEMORANDUM ENDORSED

November 3, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/03/2025
```

**VIA ECF**
Hon. Gregory H. Woods
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re: *Sandra S.T., individually and on behalf of I.S., a minor, and I.S. v. Empire Healthchoice Assurance, Inc.; the Empire Blue Access PPO Prism Plan*

#### Civil Action No. 1:25-cv-02528-GHW Request to Specifiy an Additional Deadline

Dear Judge Woods:

This firm represents Plaintiffs Sandra S.T. and I.S., in the above-captioned matter. I respectfully write to request that the Court add a deadline to the current scheduling order.

**Background:**

On September 25, 2025, the Court issued a scheduling order establishing certain deadlines (the "Scheduling Order". Due to the nature of the matter, traditional initial disclosures are not contemplated in this action. The defendants have submitted a proposed Administrative Record to the plaintiffs. The parties jointly consent to this request for an additional deadline for Plaintiffs to file any objections to the Defendants' proposed Administrative Record.

Because of the inadvertent omission of this deadline from the Scheduling Order, this request (1) has no original due date; (2) has never previously been requested; (3) is requested to allow the parties to comply with the established Scheduling Order as adapted to the particular needs of a claim under ERISA; (4) is requested mutually by all parties; and (5) the parties propose December 5, 2025 as the new deadline, as a date that has already been established for other deadlines on the Scheduling Order. The addition of this requested deadline would not affect any other scheduled dates.

**Request:**

Accordingly, we respectfully request that the Court establish the following new deadline:

---

**Christensen & Jensen, P.C.**  |  257 East 200 South, Suite 1100, Salt Lake City, Utah 84111-2047

**CHRISTENSEN & JENSEN**

*Sandra S.T., individually and on behalf of I.S., a minor, and I.S. v. Empire Healthchoice Assurance, Inc.;  the Empire Blue Access PPO Prism Plan*
November 3, 2025
Page 2

- Plaintiffs' objections to the Administrative Record shall be filed on or before December 5, 2025.

**Good Cause and No Prejudice:**

Under Rule 16(b)(4) of the Federal Rules of Civil Procedure, a scheduling order may be modified for good cause. Good cause exists here because the parties anticipate that the Plaintiffs' claim for benefits under the Plan will be resolved by the Court upon a joint Administrative Record. Granting this request will not prejudice any party and will facilitate the fair and efficient administration of justice.

We respectfully ask the Court to grant this request. Thank you for your consideration.

Respectfully submitted,

CHRISTENSEN & JENSEN P.C.

*/s/ Flynn Ezra Beckman*
Flynn Ezra Beckman
*Attorneys for Plaintiffs Sandra S.T. and I.S.*

TROUTMAN PEPPER LOCKE LLP

*/s/ Valerie Sirota  (affixed with permission)*
Valerie Sirota, Esq.
TROUTMAN PEPPER LOCKE LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 704-6000
valerie.sirota@troutman.com
*Attorneys for Defendants Anthem HealthChoice Assurance, Inc. fka Empire Healthchoice Assurance, Inc., and The Empire Blue Access PPO Prism Plan*

Application granted.  Plaintiffs' objections to the Administrative Record shall be filed no later than December 5, 2025. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 40.

SO ORDERED.
Dated:  November 3, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge