Troutman Pepper Locke LLP
875 Third Avenue
New York, NY 10022

troutman.com

**troutman**
**pepper locke**

**Valerie Sirota**

D 212.704.6067
valerie.sirota@troutman.com

**MEMORANDUM ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/02/2026

March 2, 2026

VIA ECF

Hon. Gregory H. Woods
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

    **Re:**    *Sandra S.T. v. Empire Healthchoice Assurance, Inc. et al.*
        **Civil Action No. 1:25-cv-02528-GHW**
        <u>**Consent Motion for Adjournment of March 4 Telephone Conference**</u>

Your Honor:

        This firm represents Defendants Empire Healthchoice Assurance, Inc. ("Empire") and The Empire Blue Access PPO Prism Plan (the "Plan") (collectively "Defendants") in the above-referenced action.  With Plaintiffs' consent, Defendants request an adjournment of the telephonic conference currently scheduled in this matter for March 4, 2026.  In support of this request and in accordance with your Individual Rules of Practice, Defendants state the following:

1.    The telephonic conference is currently set for March 4, 2026, at 4pm ET;

2.    Counsel for Defendants has a pre-existing conflict, a settlement conference, on March 4, 2026, at 4pm ET;

3.    Counsel for Defendants conferred with Counsel for Plaintiffs and propose the following alternative dates for a telephonic conference:

    a.    Monday, March 16 between 10am and 2pm ET

    b.    Thursday, March 19 between 10am and 3pm ET

4.    This is Defendants' first request for an adjournment of this conference;

5.    This request is made with the consent of Plaintiffs; and

6.    The requested extension will not affect any other scheduled appearances or deadlines.

troutman
pepper locke

We thank Your Honor for your consideration of this matter.

Respectfully submitted,

*Valerie Sirota*

Valerie Sirota

Application granted.  The conference scheduled for March 4, 2026 is adjourned to March 16, 2026 at 10:00 a.m. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 47.

SO ORDERED.
Dated:  March 2, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge

2

326095667v1